## Commonwealth ex rel. Skaist, Appellant, v. Skaist.

Before O'Neill, J.

Argued December 9, 1968. *David C. Harrison,* with him *Mitchell A. Kramer,* and *Kramer and Harrison,* for appellant; *Stanley W. Bluestine,* for appellee.

Order affirmed.

MONTGOMERY, J., dissented and would remand for a further hearing.